# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00144-CV

**Texas Higher Education Coordinating Board, Appellant**

**v.**

**Martha P. Perez, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT
### NO. D-1-GN-08-003774, HONORABLE TIM SULAK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed a joint motion to stay the appeal, explaining that they are engaged in settlement negotiations. They ask this Court to stay the appeal for at least sixty days. We grant the motion and abate the appeal. The parties are ordered to file a status report or, if they have finalized a settlement, a motion to dismiss the appeal no later than November 30, 2011.

_____

David Puryear, Justice

Before Justices Puryear, Rose and Goodwin

Abated

Filed:   September 26, 2011